UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LORI McMURTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:10-0345 |
| | ) | Judge Haynes/Bryant |
| JOHN ACTON, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

This matter has been referred to the undersigned by the District Judge for management of the case (Docket Entry No. 8). An initial case management conference is set on **Thursday June 24, to begin at 1:00 p.m.**, in 776. The parties shall file a proposed initial case management order three (3) business days prior to June 24, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge