UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LORI McMURTRY, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. 3:10-0345 |
| v. | ) Judge Haynes/Bryant/Brown |
| | ) |
| JOHN ACTON, | ) |
| | ) |
| Defendant | ) |

**O R D E R**

The parties were able to reach a settlement satisfactory to each side. The parties are directed to file within **30 days** of the entry of this order an appropriate order dismissing this case with prejudice in accordance with the terms of the settlement that the parties reached.

It appears that nothing further remains to be done by the Magistrate Judge and the **Clerk** is directed to transmit this file to Judge Haynes.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge